UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>            Plaintiff,<br><br>v.<br><br>PETCO ANIMAL SUPPLY STORES, INC. dba PETCO; RISHWAIN - JACOBSEN FAMILY HOLDINGS I, LLC:<br><br>            Defendants. | Case No. 1:21-cv-00333-NONE-EPG<br><br>SECOND STIPULATION RE: EXTENSION OF TIME TO MAY 10, 2021 FOR DEFENDANT RISHWAIN - JACOBSEN FAMILY HOLDINGS I, LLC, TO RESPOND TO COMPLAINT; ORDER<br><br>(ECF No. 8) |

Pursuant to Local Rule 144 (a), Plaintiff, DARREN GILBERT ("Plaintiff"), and Defendant, RISHWAIN - JACOBSEN FAMILY HOLDINGS I, LLC, a California limited liability company ("Defendant"), by and through their respective attorneys of record, Tanya E. Moore for Plaintiff and David A. Rishwain for Defendant, stipulate, subject to Court approval, as follows:

1.    One (1) prior extension of seven (7) days to respond to the Complaint has been previously obtained.

2.    Defendant is granted an additional extension of twenty-one (21) days, to May 10, 2021, to respond or otherwise plead to Plaintiff's Complaint.

3.    Defendant's responsive pleading will be due no later than May 10, 2021.

/ / /

/ / /

1     It is so stipulated.

2   Dated: April 20, 2021                         RISHWAIN & RISHWAIN, a professional corporation

By: /s/ *David A. Rishwain*
David A. Rishwain
Attorneys for Defendant, RISHWAIN - JACOBSEN FAMILY HOLDINGS I, LLC, a California limited liability company

Dated: April 20, 2021                         MOORE LAW FIRM, P.C.

By: /s/ *Tanya E. Moore* (authorized on 4/20/21)
Tanya E. Moore
Attorney for Plaintiff, DARREN GILBERT

SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 20, 2021                         RISHWAIN & RISHWAIN, a professional corporation

By: /s/ David A. Rishwain
David A. Rishwain
Attorneys for Defendant, RISHWAIN - JACOBSEN FAMILY HOLDINGS I, LLC, a California limited liability Company

**ORDER**

On April 20, 2021, Defendant Rishwain-Jacobsen Family Holdings I, LLC and Plaintiff Darren Gilbert filed a stipulation to extend that Defendant's response deadline to May 10, 2021. (ECF No. 8). The Court approves the stipulation.

Accordingly, IT IS HEREBY ORDERED that Defendant Rishwain-Jacobsen Family Holdings I, LLC, shall respond to Plaintiff's complaint no later than May 10, 2021.

IT IS SO ORDERED.

Dated:   **April 21, 2021**          /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE