David A. Rishwain (Bar No. 157134)
RISHWAIN & RISHWAIN
2800 W. March Lane, Suite 220
Stockton, California 95219
Telephone: 209-473-2800
Facsimile: 209-473-2885
Email: david@rishwain.com

Attorneys for Defendants RISHWAIN - JACOBSEN FAMILY HOLDINGS I, LLC, a California limited liability company, and PETCO ANIMAL SUPPLY STORES, INC., dba PETCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>v.<br><br>PETCO ANIMAL SUPPLY STORES, INC. dba PETCO; RISHWAIN - JACOBSEN FAMILY HOLDINGS I, LLC:<br><br>    Defendants. | Case No. 1:21-cv-00333-NONE-EPG<br><br>STIPULATION RE: EXTENSION OF TIME TO MAY 28, 2021 FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT; ORDER<br><br>(ECF No. 11) |

Pursuant to Local Rule 144 (a), Plaintiff, DARREN GILBERT ("Plaintiff"), and Defendants, RISHWAIN - JACOBSEN FAMILY HOLDINGS I, LLC, and PETCO ANIMAL SUPPLY STORES, INC., dba PETCO (collectively, "Defendants"), by and through their respective attorneys of record, Tanya E. Moore for Plaintiff and David A. Rishwain for Defendants, stipulate, subject to Court approval, as follows:

    1.    Each Defendant has received prior extensions to respond to the Complaint.

    2.    Defendants are each granted an additional extension through and including May 28, 2021, to respond or otherwise plead to Plaintiff's Complaint.

    3.    This stipulation will not affect or alter any deadline previously set by Court order.

    4.    This extension of time is RISHWAIN - JACOBSEN FAMILY HOLDINGS I, LLC's

third extension and PETCO ANIMAL SUPPLY STORES, INC.'s second extension.

  5. Defendants' responsive pleadings will now be due no later than May 28, 2021.

It is so stipulated.

Dated: May 11, 2021         RISHWAIN & RISHWAIN, a professional corporation

                   By: /s/ *David A. Rishwain*
                     David A. Rishwain
                     Attorneys for Defendants, RISHWAIN - JACOBSEN FAMILY HOLDINGS I, LLC, a California limited liability Company, and PETCO ANIMAL SUPPLY STORES, INC.

Dated: May 11, 2021         MOORE LAW FIRM, P.C.

                   By: /s/ *Tanya E. Moore* (authorized on 5/11/21)
                     Tanya E. Moore
                     Attorney for Plaintiff, DARREN GILBERT

<u>SIGNATURE ATTESTATION</u>

  I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: May 11, 2021         RISHWAIN & RISHWAIN, a professional corporation

                   By: /s/ *David A. Rishwain*
                     David A. Rishwain
                     Attorneys for Defendants, RISHWAIN - JACOBSEN FAMILY HOLDINGS I, LLC, a California limited liability Company, and PETCO ANIMAL SUPPLY STORES, INC.

/ / /

/ / /

/ / /

/ / /

**<u>ORDER</u>**

On May 12, 2021, the parties filed a stipulation to extend the time to file a response to the complaint. (ECF No. 11). The Court will approve the stipulation but notes that this is the second extension for Defendant Petco Animal Supplies Stores, Inc. (*see* ECF No. 7) and the third for Defendant Rishwain – Jacobsen Family Holdings I, LLC (*see* ECF Nos. 6, 8, 9). Moreover, the stipulation now before the Court was filed after the deadline for Defendants to file a response to the complaint had already passed. (*See* ECF Nos. 7, 8, 9). Such extensions brought after the required filing date are disfavored under the Local Rules. *See* L.R. 144(d).

Accordingly, IT IS HEREBY ORDERED that Defendants shall respond to Plaintiff's complaint no later than May 28, 2021. No further extensions will be granted.

IT IS SO ORDERED.

Dated: **May 14, 2021**     /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

3