UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>           Plaintiff,<br><br>   v.<br><br>PETCO ANIMAL SUPPLIES STORES,<br>INC. et al.,<br><br>           Defendants. | Case No. 1:21-cv-00333-NONE-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL<br><br>(ECF NO. 16) |

Plaintiff Darren Gilbert filed a notice of voluntary dismissal (ECF No. 16), with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants had not filed an answer or motion for summary judgment. Accordingly, the Clerk of Court is respectfully directed to assign a district judge to this case, for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

Dated: __June 4, 2021__ 　　　　　/s/ _Erica P. Grosjean_
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE